Submitted April 3, reversed May 6, 2020

In the Matter of K. E.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

K. E.,
*Appellant.*

Clackamas County Circuit Court
19CC06383; A172951

466 P3d 97

Todd L. Van Rysselberghe, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Adam Holbrook, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant in this mental commitment case appeals an order committing her to the custody of the Mental Health Division for a period not to exceed 180 days and an order prohibiting her from purchasing or possessing firearms. ORS 426.130(1)(a)(C), (D). The trial court found that appellant suffers from a mental disorder and is dangerous to herself and unable to provide for her basic personal needs. On appeal, appellant contends that the trial court plainly erred when it failed to advise her of her rights pursuant to ORS 426.100(1). The state concedes that the court's failure constitutes plain error and requires reversal. We agree that this constitutes plain error. *See State v. R. D. S.*, 271 Or App 687, 688, 352 P3d 84 (2015) (treating same issue as plain error). We exercise our discretion to correct the error for the reasons set forth in *State v. M. L. R.*, 256 Or App 566, 570, 303 P3d 954 (2013) (error merits correction in light of relative interests of the parties, gravity of error, and ends of justice), and reverse both the commitment and the firearms order, *State v. R. C. S.*, 291 Or App 489, 490, 415 P3d 1164 (2018) (reversing both order of commitment and firearms order).

Reversed.